### IN THE CIRCUIT COURT OF DREW COUNTY, ARKANSAS
### CIVIL DIVISION

**MARTHA CAROL BONEY**                                                      **PLAINTIFF**

VS.                                   CASE NO. _____

**RETZER RESOURCES, INC. D/B/A**
**MCDONALD'S RESTAURANT**                                                   **DEFENDANT**

### COMPLAINT

Comes now Plaintiff Martha Carol Boney, by and through her attorney, Todd L. Griffin, and for her Complaint against the Defendant, state:

### I. STATEMENT OF JURISDICTION

1.      This claim is brought pursuant to this Court's jurisdiction over personal injury claims predicated on negligence, such jurisdiction granted by A.C.A. 16-13-201.

2.      Venue is proper under A.C.A. 16-60-112 in that the incident herein complained of occurred in Monticello, Drew County, Arkansas.

### II. PARTIES TO THE CLAIM

3.      At the time of the incident, Plaintiff was a resident of Olla, Louisiana.

4.      Defendant Retzer Resources, Inc., d/b/a McDonald's Restaurant is a foreign corporation, licensed to do business in the State of Arkansas. At the time of the incident, defendant owned and operated a McDonald's restaurant located at 369 Hwy 425N, Monticello, Drew County, Arkansas. Attached hereto as *Exhibit A* is a copy of the Secretary of State information concerning the defendant corporation, which sets forth the legal name of the

corporation and the name of the registered agent for service as Michael L. Retzer, 21 Edgehill, Little Rock, AR 72207.

## III. STATEMENT OF THE CASE

5.  On October 11, 2021, Plaintiff, her husband, Donnie Boney, and their two great-granddaughters, were patrons/invitees of the defendant's McDonald's restaurant located at 369 Hwy 425N, in Monticello, Arkansas, when suddenly and without warning, Martha Carol Boney slipped and fell in water that was on the floor, landing on her buttocks/hips. The employees of the McDonald's were aware of the existence of water on the floor, and had placed a wet floor sign on the floor. However, the sign was approximately ten (10) feet away from, and nowhere near, the water that caused Plaintiff to fall and sustain injuries. Defendant had a duty to its patrons to maintain its premises in a safe condition, free of hazards. Employees of defendant knew, or reasonably should have known, of the condition of the floor and taken steps to dry the area, place additional signs alerting patrons of the hazard, or close the area completely to avoid incidents such as the one described herein. By failing to dry the area, close off the area completely, or alert patrons of a possible hazard, Defendant breached its duty to Martha Carol Boney and other patrons of the restaurant.

6.  As a result of the fall, Plaintiff Martha Carol Boney had immediate and severe pain to the left side of her buttocks/hips when she struck the floor. After the fall, Plaintiff needed assistance to be lifted off of the floor and helped to a chair, where she waited for the ambulance crew to arrive and transport her to the hospital. At the hospital, in was determined that Plaintiff sustained a fractured left hip when she fell, and the hip would have to be being surgically repaired with a plate and screws. As a result of her treatment and surgery, Martha Carol Boney incurred medical bills of at least $59,519.59.

2

7. The employees of Defendant negligently failed to properly take steps to dry the wet area, failed to place enough signs alerting patrons of the hazard, and failed to close the area completely to avoid incidents such as the one described herein.

8. The defendant's employees, as agents, servants and employees of the defendant, while in the course and scope of their employment and duties, were guilty of negligence as set forth above, and that negligence was the proximate cause of the injuries and damages sustained by Plaintiff as more specifically described herein.

9. As a proximate result of the negligence and carelessness of the Defendant's employees, as set forth above, Plaintiff sustained severe injuries to her left hip as set forth above and incurred medical expenses of at least $59,519.59 and has endured pain and suffering and limitations as a result of her injuries.

10. Plaintiff Martha Carol Boney was a customer of defendant's McDonald's restaurant at the time of her fall, and she was an invitee of the defendant.

11. Plaintiff claims she is entitled to recover for the following damages, all of which were proximately caused by the negligence of the defendant's employees:

(a) Damages for severe emotional distress suffered by Plaintiff;

(b) Damages for the pain and suffering sustained by Plaintiff;

(c) Compensatory damages for medical and other out of pocket expenses;

(d) Damages for future pain and suffering;

(e) Damages for medical expenses to be incurred in the future;

(f) Damages for the nature, extent and duration of her injuries; and

(g). Damages for the scarring, disfigurement and visible results of Plaintiff's injuries.

12. Plaintiff's total compensatory damages, as shall be proved by the evidence, are in excess of $250,000.00.

13. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff Martha Carol Boney prays that she have and recover judgment against the Defendant in the sum of at least $250,000.00 in compensatory damages; that plaintiff recover from defendant his costs herein expended; that plaintiff recover from defendant post-judgment interest at the highest legal rate; and all other proper relief.

Respectfully submitted,

MARTHA CAROL BONEY, Plaintiff

LAW OFFICES OF TODD GRIFFIN
415 N. McKinley, Suite 1000
Little Rock, AR 72205
(501) 975-6655, Fax (501) 975-6657
E-Mail: todd@toddgriffinlaw.com

_____
Todd L. Griffin, ABA No.91064

4