# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MARTHA CAROL BONEY**                                                                                      **PLAINTIFF**

v.                                          Case No. 4:23-cv-00077 KGB

**RETZER RESOURCES, INC.**                                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Martha Carol Boney's complaint is dismissed with prejudice (Dkt. No. 2). The relief sought is denied.

So adjudged this the 16th day of September, 2024.

_____
Kristine G. Baker
United States District Judge